# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIANA PRECIADO-MORA, | Case No. 2:18-cv-01176-APG-PAL |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE #673, a Foreign Corporation; DOES I through X, inclusive; ROE ICE COMPANY and ROE CORPORATIONS II though X, inclusive, | |
| Defendants. | |

The parties' stipulation to remand this case to state court (ECF No. 8) is GRANTED. The case is remanded to the state court from which it was removed. The clerk of the court is instructed to close this case.

Dated: July 10, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE